1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ESTEBAN TORRES,<br><br>　　　　　Defendant. | Case No. 3:18-CR-0106-LRH-CBC<br>ORDER APPROVING<br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING**<br>**(FIRST REQUEST)** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for ESTEBAN TORRES and NICHOLAS A. TRUTANICH, United States Attorney, and JAMES E. KELLER, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for September 30, 2019, at 1:30 PM, be vacated and continued to November 18, 2019, at 11:00 A.M.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Torres.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4. Mr. Torres is incarcerated and agrees to the continuance. Specifically, Mr. Torres was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel

5. This is the first request for continuance of the sentencing hearing.

DATED this 12th day of September, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Kate Berry*<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for ESTEBAN TORRES | By */s James E. Keller*<br>JAMES E. KELLER<br>Assistant United States Attorney<br>Counsel for the Government |

# **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for September 30, 2019, at 1:30 PM, be vacated and continued to **November 18, 2019, at 11:00 AM.**

DATED this __16th__ day of September, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE