| PROB 22 (Rev. 01/24) | **AMENDED TRANSFER OF JURISDICTION** | **FILED** November 25, 2024 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY: Yvette Lujan DEPUTY | DOCKET NUMBER *(Tran. Court)* 3:18CR00106 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* **4:24-cr-339** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Esteban Torres AKA Esteban Fernando Torres-Zermeno | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Larry R. Hicks | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/15/2023 | TO 12/14/2026 |

OFFENSE
Unlawful Reentry by a Deported, Removed or Excluded Alien, 8 U.S.C. § 1326 (a)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Torres has a new charge of Illegal Re-entry into the United States, a violation of Title 8 U.S.C. § 1326 (a) & (b)(1) in the Western District of Texas. The Western District of Texas requested jurisdiction of Mr. Torres's case to be sentenced alongside the new indictment. Mr. Torres is an illegal resident of the United States and is a citizen of Mexico.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of Texas, Pecos Division upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 20, 2024  _____
Date                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western DISTRICT OF Texas, Pecos Division

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/21/24  _____
Effective Date  United States District Judge

1